# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STANLEY WOMACK

VERSUS

ELIZABETH WOMACK

NO.   2019 CW 1557

**DECEMBER 4, 2019**

---

In Re:     Stanley J. Womack, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2014-14365.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide documentation that the writ application was timely filed under Rules 4-2 and 4-3 of the  Uniform Rules of Louisiana Courts of Appeal, including but not limited to a copy of the judgment, order or ruling complained of, a copy of the notice of mailing of such judgment, order or ruling and a copy of the filed notice of intent and return date, also in violation of Rules 4-5(C)(6) and (11).  In addition, relator also failed to include a complete copy of each pleading on which the judgment, order or ruling was founded, including attachments to the pertinent pleading and the petition, a copy of any opposition and attachments thereto or a statement that no opposition was filed, a copy of the judge's reasons for judgment, order or ruling (if written) and a copy of pertinent court minutes, in violation of Rules 4-5(C)(7), (8), (9) and (10) of the Uniform Rules of Louisiana Courts of Appeal. Relator also failed to include the affidavit required by Rule 4-5(A) of the Uniform Rules of Louisiana Courts of Appeal.  Relator also exceeded the page limitation for the memorandum in support of the writ application set forth in Rule 2-12.2(D), made applicable to writ applications by Rule 4-5(C)(5) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before December 18, 2019, and must contain a copy of this ruling.

                                   **PMc**
                                   **JEW**
                                   **GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT